# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| ANGELA PARKS, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>      Defendant. ) | **JUDGMENT**<br><br>No. 5:17-CV-532-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 23, 2018, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on May 23, 2018, and Copies To:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| May 23, 2018 | PETER A. MOORE, JR., CLERK<br>  /s/ Sandra K. Collins<br>(By) Sandra K. Collins, Deputy Clerk |