UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGELA PARKS ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:17-CV-532-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 27, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $2,500.00 and reimbursement of the filing fee in the amount of $400.00.

**This Judgment Filed and Entered on August 27, 2018, and Copies To:**

Derrick Kyle Arrowood  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Elisa Donohoe  (via CM/ECF Notice of Electronic Filing)

August 27, 2018                    PETER A. MOORE, JR., CLERK
                                     /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk