IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-532-FL

| ANGELA PARKS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $15,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $2,500.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Derrick Kyle Arrowood, the sum of $15,000.00, sent to his office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $2,500.00 and upon the payment of such sums, this case is dismissed with prejudice.

This 31st day of January, 2020,

*Louise W. Flanagan*
U.S. District Court Judge Louise W. Flanagan